\*\*E-filed 10/25/06\*\*

1  Timothy J. Halloran - 104498
   MURPHY, PEARSON, BRADLEY & FEENEY
2  88 Kearny Street, 10th Floor
   San Francisco, CA  94108-5530
3  Tel:   (415) 788-1900
   Fax:   (415) 393-8087
4
   Attorneys for Defendants
5  JON ZIMMERMAN AND ROBINSON & WOOD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN SURETY COMPANY, an Indiana corporation and Indiana citizen,<br><br>    Plaintiff,<br><br>v.<br><br>JON ZIMMERMAN, an individual and California citizen, ROBINSON & WOOD, a California corporation and DOES 1 through, 10, inclusive,<br><br>    Defendants. | Case No.: C065024  *JF  HRL*<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT** |

The parties hereby stipulate, pursuant to Civil Local Rule 6.2, by and through their respective counsel to extend the time for Defendants JON ZIMMERMAN AND ROBINSON & WOOD to file a responsive pleading to the First Amended Complaint. The defendants will have until November 1, 2006 to file a responsive pleading. The parties request this extension as a courtesy to defendant's counsel. This modification is the first that has been requested and will not affect the schedule for the case.

1
2   SO STIPULATED.
3   Dated: October 13, 2006

MURPHY, PEARSON, BRADLEY & FEENEY

By _____
Timothy J. Halloran
Attorneys for Defendants
JON ZIMMERMAN AND ROBINSON & WOOD

Dated: 10/18/06

AGUILAR LAW OFFICES

By _____
Dominic J. Flamiano
Attorneys for Plaintiff
AMERICAN SURETY COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 10/25/06

By _____
Hon. Jeremy Fogel

CPF.10343925.doc

- 2 -
**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT**