\*\*E-filed 12/7/06\*\*

1 | Raul V. Aguilar, Esq. (SBN 056419)
raulaguilar@aguilarlawoffices.com
2 | Dominic G. Flamiano, Esq. (SBN 142445)
dominicflamiano@aguilarlawoffices.com
3 | AGUILAR LAW OFFICES
A PROFESSIONAL LAW CORPORATION
4 | One Montgomery Street, Suite 2330
San Francisco, California 94104-5502
5
Telephone:    (415) 982-9500
6 | Facsimile:    (415) 982-9506

7 | Attorneys for Plaintiff, AMERICAN SURETY
COMPANY
8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
SAN FRANCISCO DIVISION
11

| AMERICAN SURETY COMPANY, an Indiana corporation and Indiana citizen, | Case No.: C 06 5024 JF HRL |
|---|---|
| Plaintiff, | STIPULATION AND P~~ROPOSE~~D ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM DECEMBER 8, 2006 TO JANUARY 26, 2007 |
| v. | |
| JON ZIMMERMAN, an individual and California citizen, ROBINSON & WOOD, a California corporation and DOES 1 through 10, inclusive, | |
| Defendants. | |

THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY STIULATE AND APPLY FOR AN ORDER AS FOLLOWS:

The Case Management Conference currently set for December 8, 2006 is continued to January 26, 2007 at 10:30 a.m. in Courtroom 3, 5th Floor, 280 South 1st Street, San Jose, California, United States District Judge Jeremy Fogel.

1  IT IS SO STIPULATED

2  Date: November 29, 2006

3                                           AGUILAR LAW OFFICES
                                            A PROFESSIONAL LAW CORPORATION
4                                           By: /s/ Dominic G. Flamiano
                                            Dominic G. Flamiano, Esq.
5                                           Attorneys for Plaintiff
                                            American Surety Company
6

7  Date: November 2, 2006                   MURPHY, PEARSON, BRADLEY &
                                            FEENEY
8                                           By: /s/ Timothy J. Halloran
9                                           Timothy J. Halloran, Esq.
                                            Attorneys for Defendants
10                                          Jon Zimmerman and Robinson & Wood

11 IT IS SO ORDERED:

12    The Case Management Conference is continued to January 26, 2007 at 10:30 a.m. in

13 Courtroom 3.

14 Date: December 7, 2006

15                                          Jeremy Fogel
                                            United States District Judge