**E-Filed 2/15/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| AMERICAN SURETY COMPANY, an Indiana corporation and Indiana citizen,<br><br>Plaintiff,<br><br>v.<br><br>JON ZIMMERMAN, an individual and California citizen, ROBINSON & WOOD, a California corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case Number C 06-5424<br><br>JUDGMENT |

The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendants and against Plaintiff and that the Clerk of the Court close the file.

DATED: February 15, 2008.

_____
JEREMY FOGEL
United States District Judge

Case No. C07-01263
JUDGMENT
(JFLC1)